## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN BUSHANSKY, | ) Case No. 2:21-cv-18429-BRM-CLW |
| | ) |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL** |
| VICI PROPERTIES INC., JAMES R. | ) |
| ABRAHAMSON, DIANA F. CANTOR, | ) |
| MONICA H. DOUGLAS, ELIZABETH I. | ) |
| HOLLAND, CRAIG MACNAB, EDWARD | ) |
| B. PITONIAK, and MICHAEL D. | ) |
| RUMBOLZ, | ) |
| | ) |
| Defendants | ) |
| . | ) |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: November 17, 2021

**WEISSLAW LLP**

By  */s/ Mark. D. Smilow*

Mark. D. Smilow
Richard A. Acocelli (to be admitted *pro hac vice*)
305 Broadway, 7th Floor
New York, New York 10007
Tel: (212) 682-3025
Fax: (212) 682-3010
Email: msmilow@weisslawllp.com

*Attorneys for Plaintiff*

**SO ORDERED:**

**BRIAN R. MARTINOTTI, U.S.D.J**
**Dated:**  11/17/2021